NINA LOCKER, State Bar No. 123838
CATHERINE E. MORENO, State Bar No. 264517
BENJAMIN M. CROSSON, State Bar No. 247560
CRYSTAL M. GAUDETTE, State Bar No. 247712
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
Email: cmoreno@wsgr.com
Email: bcrosson@wsgr.com
Email: cgaudette@wsgr.com

Attorneys for Defendants
Pacific Biosciences of California, Inc., Hugh C. Martin, Susan K. Barnes, Brian B. Dow, William Ericson, Brook Byers, Michael Hunkapiller, Randall Livingston, Susan Siegel, and David Singer

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS J. PRIMO and EVAN POWELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC BIOSCIENCES OF CALIFORNIA, INC., HUGH C. MARTIN, SUSAN K. BARNES, BRIAN B. DOW, WILLIAM ERICSON, BROOK BYERS, MICHAEL HUNKAPILLER, RANDALL LIVINGSTON, SUSAN SIEGEL, DAVID SINGER, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. INC., DEUTSCHE BANK SECURITIES INC., and PIPER JAFFRAY & CO.,<br><br>Defendants. | Case No. 4:11-CV-06599 (CW)<br><br>**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

**WHEREAS**, on April 11, 2012, Plaintiffs Thomas Primo and Evan Powell filed an Amended Class Action Complaint ("Amended Complaint") in the instant action, alleging violations of the Securities Act of 1933 and Securities Exchange Act of 1934 against Pacific Biosciences of California, Inc. ("PacBio"), a number of PacBio's senior executives and directors (Hugh C. Martin, Susan K. Barnes, Brian B. Dow, William Ericson, Brook Byers, Michael Hunkapiller, Randall Livingston, Susan Siegel, and David Singer (together with PacBio, the "PacBio Defendants")), and the underwriters in PacBio's initial public offering (J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC (formerly Morgan Stanley & Co. Inc.), Deutsche Bank Securities Inc., and Piper Jaffray & Co. (the "Underwriter Defendants")) (collectively, "Defendants");

**WHEREAS**, on April 15, 2013, this Court entered an order dismissing the Amended Complaint without prejudice; and granting Plaintiffs leave to file a Second Amended Complaint by June 14, 2013 (the "Dismissal Order") (Dkt. No. 72);

**WHEREAS**, Defendants are herewith filing a Motion to Stay this action in light of a June 3, 2013 order by the Superior Court of California, San Mateo County (the "State Court"), preliminarily approving a settlement that Defendants believe disposes of all the claims brought in the instant action (the "Preliminarily Approved Settlement");

**WHEREAS**, Defendants' motion to dismiss the Second Amended Complaint would otherwise be due on July 14, 2013;

**WHEREAS**, the Parties believe that it would be inefficient to require Defendants to respond to Plaintiffs' Second Amended Complaint until such time as this Court has ruled on the Motion to Stay.

**WHEREAS**, Plaintiffs do not believe a stay of this action is appropriate, nor that the State Court has authority to settle the claims asserted in this action, but nonetheless, in the interests of conservation of the resources of the Court and as a courtesy to Defendants, agree to the terms of this proposed stipulation, subject to its approval by the Court;

**NOW**, **THEREFORE**, the parties stipulate and agree, by and through their respective counsel, as follows:

1. Plaintiffs will file their Second Amended Complaint on June 14, 2013 (in accordance with the terms of the Dismissal Order);

JOINT STIP & [PROPOSED] SCHEDULING ORDER    1
CASE NO. 4:11-CV-06599 (CW)

2.  Plaintiffs' opposition brief to the Motion to Stay shall be due on July 18, 2013;

3.  Defendants' reply brief(s) in support of the Motion to Stay shall be due on August 1, 2013;

4.  The hearing on the Motion to Stay shall be scheduled for August 15, 2013; and

5.  Defendants have no obligation to respond to Plaintiffs' Second Amended Complaint until thirty (30) days after any denial of the Motion to Stay.

**IT IS SO STIPULATED.**

DATED: June 13, 2013            GREEN & NOBLIN, P.C.

/s/ Robert S. Green
ROBERT S. GREEN

700 Larkspur Landing Circle, Suite 275
Larkspur, CA, 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

*Counsel for Plaintiffs*

DATED: June 13, 2013            WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

/s/ Catherine E. Moreno
CATHERINE E. MORENO

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

*Counsel for the PacBio Defendants*

DATED: June 13, 2013            SIMPSON THACHER & BARTLETT LLP
SIMONA G. STRAUSS

/s/ Simona G. Strauss
SIMONA G. STRAUSS

JOINT STIP & [PROPOSED] SCHEDULING ORDER      2
CASE NO. 4:11-CV-06599 (CW)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2550 Hanover Street
Palo Alto, California 94304
Telephone:    (650) 251-5080
Facsimile:    (650) 251-5002

*Counsel for the Underwriter Defendants*

JOINT STIP & [PROPOSED] SCHEDULING ORDER          3
CASE NO. 4:11-CV-06599 (CW)

1  **[PROPOSED] ORDER**

2    Pursuant to the Stipulation, IT IS SO ORDERED.

3

4  Dated:    6/20/2013

5                                                              Honorable Claudia Wilken
                                                               United States District Judge

JOINT STIP & [PROPOSED] SCHEDULING ORDER    4
CASE NO. 4:11-CV-06599 (CW)

**ATTESTATION**

I, Catherine E. Moreno, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER**.  In compliance with General Order 45.X.B, I hereby attest that Timothy J. MacFall and Simona G. Strauss have concurred in this filing.

Dated:  April 25, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:     s/ Catherine E. Moreno
          Catherine E. Moreno