1  NINA LOCKER, State Bar No. 123838
CATHERINE E. MORENO, State Bar No. 264517
2  BENJAMIN M. CROSSON, State Bar No. 247560
CRYSTAL M. GAUDETTE, State Bar No. 247712
3  WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
4  650 Page Mill Road
Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
6  Email:  nlocker@wsgr.com
Email:  cmoreno@wsgr.com
7  Email:  bcrosson@wsgr.com
Email:  cgaudette@wsgr.com
8
9  Attorneys for Defendants
Pacific Biosciences of California, Inc., Hugh C.
10 Martin, Susan K. Barnes, Brian B. Dow, William
Ericson, Brook Byers, Michael Hunkapiller,
Randall Livingston, Susan Siegel, and David Singer

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         OAKLAND DIVISION

15

16 THOMAS J. PRIMO and EVAN POWELL,        Case No. 4:11-CV-06599 (CW)
   Individually and on Behalf of All Others Similarly
17 Situated,                               **JOINT STIPULATION AND**
                                           **[PROPOSED] SCHEDULING ORDER**
                         Plaintiffs,
18
19         vs.

20 PACIFIC BIOSCIENCES OF CALIFORNIA,
   INC., HUGH C. MARTIN, SUSAN K. BARNES,
21 BRIAN B. DOW, WILLIAM ERICSON, BROOK
   BYERS, MICHAEL HUNKAPILLER,
22 RANDALL LIVINGSTON, SUSAN SIEGEL,
   DAVID SINGER, J.P. MORGAN SECURITIES
23 LLC, MORGAN STANLEY & CO. INC.,
   DEUTSCHE BANK SECURITIES INC., and
24 PIPER JAFFRAY & CO.,

                         Defendants.
25

26

27

28

1    **WHEREAS**, a securities class action asserting claims substantially identical to those asserted in

2    this action ("Federal Action") is currently pending in the Superior Court of California, County of San

3    Mateo ("State Court"), captioned *In re Pacific Biosciences of California Securities Litigation*, Case No.

4    CIV 509210 (San Mateo Super. Ct.) (the "State Action");

5    **WHEREAS,** on June 3, 2013, the State Court entered an order preliminarily approving the

6    settlement of the State Action (the "State Class Action Settlement") and scheduling the hearing for final

7    approval of the Preliminarily Approved Settlement (the "Final Approval Hearing") for October 25,

8    2013;

9    **WHEREAS,** on August 20, 2013, this Court entered a scheduling order providing in relevant

10   part that if either or both of the named Plaintiffs in this action timely opted out of the State Class Action

11   Settlement, Defendants' response (the "Response") to Plaintiffs' Second Amended Complaint would be

12   due within two weeks of the date the opt-out form was received by Defendants (Dkt. No. 88);

13   **WHEREAS**, on September 25, 2013, Plaintiff Evan Powell opted out of the Preliminarily

14   Approved Settlement, which opt-out form was served on Defendants on September 30, 2013;

15   **WHEREAS**, Defendants' Response to the Second Amended Complaint was originally due on

16   October 14, 2013;

17   **WHEREAS**, on October 9, 2013, the Court signed into order a Stipulation by the parties

18   extending the date for Defendants' Response to October 31, 2013;

19   **WHEREAS**, on or about October 24, 2013, the parties reached an agreement in principle to

20   settle Mr. Powell's claims ("Powell Agreement In Principle");

21   **WHEREAS**, the Powell Agreement In Principle contemplates that settlement of Mr. Powell's

22   claims is contingent on final approval of the State Class Action Settlement, as well as the expiration of

23   all deadlines to appeal final judgment following such approval;

24   **WHEREAS**, at the October 25, 2013 Final Approval Hearing, the State Court orally granted

25   final approval of the State Class Action Settlement;

26   **WHEREAS**, the parties to the State Court Action anticipate filing and receiving a signed final

27   order approving the State Class Action Settlement in the coming days;

28                                                    - 1 -

1    **WHEREAS**, the parties to the instant action have met and conferred, and agreed, in light of the

2    Powell Agreement in Principle and the interests of judicial efficiency, to stay this action and vacate all

3    outstanding briefing and hearing dates.

4    **NOW**, **THEREFORE**, the parties stipulate and agree, by and through their respective counsel,

5    as follows:

6    1.    All pending dates in this action, including all parties' briefing deadlines for any

7    Motion(s) to Dismiss the Second Amended Complaint, as well as the December 5, 2013 hearing for such

8    motion(s), shall be vacated.

9    2.    This action shall be stayed pending the entry of the final approval order of the State Class

10   Action Settlement and the expiration of the deadlines to appeal such final judgment.

11   3.    The parties shall file a status update with the Court by January 31, 2014.

12   **IT IS SO STIPULATED.**

13

14   DATED:  October 29, 2013        THE WEISER LAW FIRM, P.C.

15                                   s/  Kathleen A. Herkenhoff
16                                        KATHLEEN A. HERKENHOFF

17                                   12707 High Bluff Drive, Suite 200
                                     San Diego, CA 92130
                                     Telephone: (858) 794-1441
18                                   Facsimile: (858) 794-1450

19                                   *Counsel for Plaintiff Evan Powell*

20
     DATED:    October 29, 2013      WILSON SONSINI GOODRICH & ROSATI
21                                   PROFESSIONAL CORPORATION

22                                   s/ Catherine E. Moreno
23                                        CATHERINE E. MORENO

24                                   650 Page Mill Road
                                     Palo Alto, CA  94304-1050
                                     Telephone:  650/493-9300
25                                   650/493-6811 (fax)

26                                   *Counsel for the PacBio Defendants*

27

28                                          - 2 -

1  DATED:   October 29, 2013          SIMPSON THACHER & BARTLETT LLP
                                      SIMONA G. STRAUSS
2

3                               By:   _s/ Simona G. Strauss_____
                                            SIMONA G. STRAUSS
4
                                      2475 Hanover Street
5                                     Palo Alto, California 94304
                                      Telephone:     (650) 251-5000
6                                     Facsimile:     (650) 251-5002

7                                     *Counsel for the Underwriter Defendants*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      - 3 -

1

**[PROPOSED] ORDER**

2

Pursuant to the Stipulation, IT IS SO ORDERED.

3

4

Dated: _____

5
                                        _____
Honorable Claudia Wilken
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

## <u>ATTESTATION</u>

I, Catherine E. Moreno, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER**.  In compliance with Civil L.R. 5-1, I hereby attest that Kathleen A. Herkenhoff and Simona G. Strauss have concurred in this filing.

Dated:  October 29, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:     s/ Catherine E. Moreno
Catherine E. Moreno