NINA LOCKER, State Bar No. 123838
CATHERINE E. MORENO, State Bar No. 264517
BENJAMIN M. CROSSON, State Bar No. 247560
CRYSTAL M. GAUDETTE, State Bar No. 247712
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
Email: cmoreno@wsgr.com
Email: bcrosson@wsgr.com
Email: cgaudette@wsgr.com

Attorneys for Defendants
Pacific Biosciences of California, Inc., Hugh C.
Martin, Susan K. Barnes, Brian B. Dow, William
Ericson, Brook Byers, Michael Hunkapiller,
Randall Livingston, Susan Siegel, and David Singer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS J. PRIMO and EVAN POWELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC BIOSCIENCES OF CALIFORNIA, INC., HUGH C. MARTIN, SUSAN K. BARNES, BRIAN B. DOW, WILLIAM ERICSON, BROOK BYERS, MICHAEL HUNKAPILLER, RANDALL LIVINGSTON, SUSAN SIEGEL, DAVID SINGER, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. INC., DEUTSCHE BANK SECURITIES INC., and PIPER JAFFRAY & CO.,<br><br>Defendants. | Case No. 4:11-CV-6599 (CW)<br><br>**STIPULATED VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

This Stipulated Voluntary Dismissal With Prejudice is entered by and between plaintiff Evan Powell ("Powell") (on the one hand) and defendants Pacific Biosciences of California, Inc. ("Pacific Biosciences," "PACB," or the "Company"), Hugh C. Martin, Susan K. Barnes, Brian B. Dow, William W. Ericson, Brook Byers, Michael Hunkapiller, Randall S. Livingston, Susan Siegel, David B. Singer, J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC (formerly Morgan Stanley & Co. Incorporated), Deutsche Bank Securities Inc., and Piper Jaffray & Co. (collectively, "Defendants") (on the other hand), by and through their respective counsel. Plaintiff Powell and Defendants are referred to herein as the "Parties."

WHEREAS, on October 21, 2011, Greg Young ("Young") filed a putative class action lawsuit alleging violations of §§11, 12(a)(2) and 15 of the Securities Act of 1933 (the "1933 Act"), 15 U.S.C. §§77k, 77l(a)(2), and 77o, against certain of the Defendants in the Superior Court for the State of California, County of San Mateo ("State Court"), entitled *Young v. Pacific Biosciences, et al.*, No. CIV509210 ("*Young* State Action");

WHEREAS, on October 24, 2011, Matthew Sandnas ("Sandnas") filed a substantially similar putative class action lawsuit, entitled *Sandnas v. Pacific Biosciences, et al.*, No. CIV509259 ("*Sandnas* State Action");

WHEREAS, on December 21, 2011, Thomas J. Primo filed a putative class action lawsuit against Pacific Biosciences and three of its officers in the United States District Court for the Northern District of California ("Federal Court"), entitled *Primo v. Pacific Biosciences, et al.*, No. 11-cv-6599 ("Federal Action"), alleging violations of the Securities Exchange Act of 1934 (the "Exchange Act"), but no claims under the 1933 Act (Dkt. No. 1);

WHEREAS, on March 23, 2012, Plaintiff Powell filed a putative 1933 Act securities class action against Defendants in the State Court, entitled *Powell v. Pacific Biosciences, et al.*, No. CIV512712 ("*Powell* State Action");

WHEREAS, on April 4, 2012, the Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters Pension Fund") filed a putative securities class action against Defendants in State Court, alleging violations of the 1933 Act in the State Court, entitled *Oklahoma Firefighters Pension and*

- 1 -

*Retirement System v. Pacific Biosciences*, No. CIV512976 ("*Oklahoma Firefighters* State Action"), which made allegations substantially similar to those in the *Young* and *Sandnas* Actions;

WHEREAS, on April 5, 2012, Plaintiff Powell filed a request to dismiss the *Powell* State Action, which request was granted by the State Court;

WHEREAS, on April 11, 2012 an amended complaint was filed in the Federal Action (Dkt. No. 24), adding Plaintiff as a named plaintiff (together with Mr. Primo, the "Federal Plaintiffs");

WHEREAS, on April 18, 2012, the State Court consolidated the state court actions filed by Young, Sandnas, and Oklahoma Firefighters Pension Fund, as *In re Pacific Biosciences of California, Inc., Securities Litigation*, No. CIV509210 (the "State Action");

WHEREAS, on or about January 18, 2013, following a mediation with the Hon. Layn R. Phillips, U.S. District Court Judge (Ret.), the parties to the State Action reached an agreement in principle to settle any and all claims arising out of or related to the facts alleged in the complaint in the State Action, including the claims asserted in the Federal Action, subject to the State Court's approval;

WHEREAS, on April 15, 2013, the Federal Court issued an order granting Defendants' motions to dismiss the Federal Action without prejudice, and granting the Federal Plaintiffs sixty days leave to amend the complaint (Dkt. No. 72);

WHEREAS, on June 3, 2013, the State Court entered an order preliminarily approving the settlement in the State Action (the "State Class Action Settlement") and, in doing so, conditionally certified a settlement class identical to the class that Plaintiff purported to represent in the Federal Action;

WHEREAS, on June 14, 2013, the Federal Plaintiffs filed a Second Amended Class Action Complaint For Violations of the Securities Act of 1933 and the Securities Exchange Act of 1934 (Dkt. No. 78);

WHEREAS, on July 18, 2013, the Federal Plaintiffs filed a motion to enjoin the State Class Action Settlement (Dkt. No. 80);

WHEREAS, on August 20, 2013, Court entered an Order denying the Federal Plaintiffs' motion to enjoin, noting that no class had yet been certified in the Federal Action, and that Federal Plaintiffs could

1  pursue their individual claims in the Federal Court by opting out of the State Class Action Settlement (Dkt.
2  No. 88);
3      WHEREAS, on September 25, 2013, Plaintiff Powell opted out of the State Class Action Settlement,
4  which opt-out notice was served on Defendants on September 30, 2013.  Defendants represent that, other
5  than Plaintiff Powell, there were no other opt-outs to the State Class Action Settlement[1];
6      WHEREAS, on October 31, 2013, the State Court issued a Judgment and Final Order Granting Final
7  Approval of Class Action Settlement;
8      WHEREAS, on February 28, 2014, the Parties entered into a Settlement Agreement and Mutual
9  Release ("Settlement Agreement"), pursuant to which the Parties fully and finally settled and compromised
10 all claims that Plaintiff Powell has or may have against Defendants and all claims that Defendants have or
11 may have against Plaintiff Powell; and
12     WHEREAS, pursuant to the Settlement Agreement, Plaintiff Powell agreed to voluntarily dismiss
13 this Federal Action in its entirety with prejudice.
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //

---

[1] Plaintiff Primo did not opt out of the State Court Settlement and his claims were extinguished as a result thereof, as set forth in the Court's August 20, 2013 Order. Dkt. No. 88. Nonetheless, to avoid any confusion regarding the Court's ability to enter a voluntary dismissal of the Federal Action in its entirety, Mr. Primo's counsel agrees to this Stipulated Voluntary Dismissal, on Mr. Primo's behalf.

- 3 -

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective Parties hereto, as follows:

1. The instant Federal Action shall be voluntarily dismissed in its entirety with prejudice;

2. The Parties will each bear their own costs, attorneys' fees, and expenses incurred in connection with the Federal Action; and

3. The Parties will not assert any claim under Rule 11 of the Federal Rules of Civil Procedure or any similar law, rule or regulation, that the Federal Action was brought or defended in bad faith or without a reasonable basis.

DATED: March 11, 2014

Respectfully submitted,

THE WEISER LAW FIRM, P.C.

s/ Kathleen A. Herkenhoff
KATHLEEN A. HERKENHOFF

12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1441
Facsimile: (858) 794-1450

*Counsel for Plaintiff Evan Powell*

DATED: March 11, 2014

RIGRODSKY & LONG, P.A.
s/ Timothy J. MacFall
TIMOTHY J. MACFALL

825 East Gate Boulevard, Suite 300
Garden City, New York 11530
Tel.: (516) 683-3516
Fax: (302) 654-7530

*Counsel for Plaintiff Thomas J. Primo*

- 4 -

| | | |
|---|---|---|
| 1 | DATED: March 11, 2014 | WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION |
| | | |
| | | s/ Catherine E. Moreno<br>CATHERINE E. MORENO |
| | | |
| | | 650 Page Mill Road<br>Palo Alto, CA  94304-1050<br>Telephone:  650/493-9300<br>650/493-6811 (fax) |
| | | |
| | | *Counsel for the PacBio Defendants* |
| | | |
| | | |
| 9 | DATED: March 12, 2014 | SIMPSON THACHER & BARTLETT LLP<br>SIMONA G. STRAUSS |
| | | |
| | | By:   s/ Simona G. Strauss<br>SIMONA G. STRAUSS |
| | | |
| | | 2475 Hanover Street<br>Palo Alto, California 94304<br>Telephone:     (650) 251-5000<br>Facsimile:      (650) 251-5002 |
| | | |
| | | *Counsel for the Underwriter Defendants* |

- 5 -

## ATTESTATION

I, Catherine E. Moreno, am the ECF User whose identification and password are being used to file this **STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**.  In compliance with Civil L.R. 5-1, I hereby attest that Kathleen A. Herkenhoff, Timothy J. MacFall, and Simona G. Strauss have concurred in this filing.

Dated:  March 12, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:     s/ Catherine E. Moreno
        Catherine E. Moreno

- 6 -